# EXHIBIT A

JONATHAN D. LEINWAND, P.A.

20900 NE 30ᵀᴴ Ave.
Eighth Floor
Aventura, FL 33180
Tel: (954) 903-7856
Fax: (954) 252-4265

E-mail: jonathan@jdlpa.com

August 27, 2018

Mountain Share Transfer
2030 Powers Ferry Rd. SE
Suite # 212
Atlanta, GA 30339

**Re:**   ONE INVESTMENT CAPITAL, INC. (the "***Shareholder***")
CLIC Technology Inc. f/k/a Fundthatcompany (the "***Company***")
7,525,000 shares of the Company's common stock (the "***Shares***")

To Whom It May Concern:

This firm is acting as special counsel to the Company with regard to request of the Shareholder to transfer or sell the Shares. In connection therewith I have reviewed certain documents of the Company and the Shareholder including:

(a) Subscription agreements and proof of consideration from the parties set forth on Schedule 1 hereto (the "***Original Purchasers***"), who purchased a total of 7,525,000 shares of the Company's common stock.

(b) Agreements for the Purchase of Common Stock by and between the Shareholder and the Original Purchasers for a total of 7,525,000 shares of the Company's common stock.

(c) A representation letter from the Shareholder

(d) The Company's registration statement on Form S-1, as amended, declared effective by the SEC on November 4, 2016.

(e) The Company's filings with the SEC as available on EDGAR.

We assume for purposes of this letter that all information contained in such documents is true, correct and complete.

**Background**

The Company was incorporated on September 4, 2015. Its business plan was to provide crowdfunding services. The Company filed a registration statement on Form S-1 on December 4, 2015, registering 5,000,000 shares of the Company's common stock. This registration statement was declared effective by the SEC on November 4, 2016.

On December 2, 2016, the Company effected a 1-175 forward split.

**Sale of Shares by the Company**

In November 2016, subsequent to the registration statement being declared effective, the Original Purchasers purchased shares of the Company's common stock from the Company pursuant to the registration statement.

**Purchase of Shares by the Shareholder**

On May 13, 2018, the Shareholder entered into Agreements for the Purchase of Common Stock with each of the Original Purchasers, purchasing a total of 7,525,000 shares of the Company's common stock.

Based upon our review of the documents described in this letter and without any further investigation, it has been determined that:

    (a) The Company is a reporting issuer, current in its reporting requirements with the SEC

    (b) The Shares were purchased by the Original Purchasers from the issuer pursuant to the Company's effective S-1 registration statement.

    (c) The Shareholder purchased the shares from the Original Purchasers and such shares were freely tradeable.

    (d) The Shareholder is not now nor has been during the last three months, an affiliate of the Company.

Based upon the foregoing it is our opinion that the shares can be transferred without a restrictive legend.

The opinions set forth herein are expressed as of the date hereof and remain valid so long as the documents, instruments, records and certificates we have examined and relied upon as noted above, are unchanged and the assumptions we have made, as noted above, are valid. If any facts or documents are determined to be incorrect, misstated or misrepresented, then the opinion or opinions expressed herein may not continue to be valid.

This opinion is furnished by us to the Shareholder, the Shareholder's broker and clearing firm, the Company and its transfer agent and may only be relied upon as indicated herein. This opinion may not be used or relied upon by you for any other purpose or by any other person, nor may copies be delivered to any other person, without our prior consent.

Very Truly Yours,
JONATHAN D. LEINWAND, P.A.

By: _____
       Jonathan Leinwand, Esq.

**SCHEDULE 1**

| Name of Person from Whom Acquired | Amount of Securities Acquired<br>(After giving effect to 175-1 Forward Split on December 2, 2016) |
|---|---|
| Pattarapon Ounaumroung | 700,000 |
| Pomthip Kongsalem | 525,000 |
| Sarayut Kontrong | 700,000 |
| Vacharapon Leudung | 525,000 |
| Wijittra Liengvachiranon | 525,000 |
| Jidlada Nakchoo | 525,000 |
| Amavasi Maneesom | 525,000 |
| Lunar Funding, Inc, a Nevada corporation | 3,500,000 |
| **Total** | **7,525,000** |

August 29, 2018
Page 1 of 1
Holder ID:   42

**CLIC Technology, Inc.**
**1815 NE 144th Street**
**North Miami, FL 33181**

If you have questions concerning your account,
please call 305-842-7074

Shares registered in the name of:
One Investment Capital, Inc.

# ACCOUNT STATEMENT

One Investment Capital, Inc.
4474 Weston Road
Suite # 400
Davie FL  33331

| | Activity | 08/01/18 - 08/29/18 |
|---|---|---|

**Summary of Holdings on August 01, 2018**

| Number of Shares |
|---|
| 0 |

**Additions**

| Stock ID | Transaction No. | Transaction | Lot Shares | Acquired | Adjusted Basis/Share($) |
|---|---|---|---|---|---|
| CTI | 140 | 08/29/18 | 7,525,000.0000 | 05/18/18 | 0.00133 |

**Ending Balance on August 29, 2018**

| Stock ID | Certificate No. | Shares | Issued | Acquired | Adjusted Basis/Share($) | Lot Shares |
|---|---|---|---|---|---|---|
| CTI | Book Entry | 7,525,000 | 08/29/18 | 05/18/18 | 0.00133 | 7,525,000.0000 |
| CTI Total | | 7,525,000 | Post 2018 Merger Common | | | |

## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this 13th day of ___May___, 2018___, by and between Amavasi Maneesom (the "Seller"), and One Investment Capital Inc.     (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser _525,000_ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ 0.001329 per share for a total purchase price of US$ _697.67_.

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the _13th_ day of _May_, _2018_.

**AGREED TO AND ACCEPTED:**

**SELLER:**                                    **PURCHASER:**

By: X_____                    By: _____
Amavasi Maneesom                              Eli Taieb, President
                                              One Investment Capital Inc.





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| **CERTIFICATE NO.(S)** | **NO. OF SHARES** | **ISSUE DATE** |
|---|---|---|
| 0002 | 525,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: ___May 13, 2018___     X _____
                                                        Signature
City: _____           Amavasi Maneesom
                                                        Print name
State: _____          _____
                                                        Medallion or Signature Guarantee

I certify the genuine signature of Amavasi Maneesom.
I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

<u>One Investment Capital  Inc.</u>

_____

( _____525,000_____ ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. __0002__ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed X _____ดชมศ_____
          Amavasi Maneesom

Dated: _____May 13, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Amavasi Maneesom.

I hereby assume no responsibility for the contents of this document.

Signature _____ พิมพ์พิชชา _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA



**NUMBER**
0002

# *FundThatCompany*



**SHARES**
**\*\*525,000\*\***

**AUTHORIZED COMMON STOCK:**
**200,000,000 SHARES**
**PAR VALUE: $0.001**

CUSIP NO. 36086P 105



Amavasi Maneesom

*Is The Record Holder Of*   \*\*\* Five Hundred Twenty-Five Thousand \*\*\*

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock*
*transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or*
*assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada,*
*and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

*Dated:*   February 7, 2017



SECRETARY

PRESIDENT

CUSIP NO. 36086P 105

&C rev. 2 • Copyright© 2010  Reynolds Graphics, Inc.   Salt Lake City, Utah

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired  3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 22nd of

_____Nevember_____, 2016.

**Name:** (PRINT) as it should appear on the Certificate: Amavasi Maneesom

**Address:**       160 Moo 3, Tongsong
                   Nabon, Nakorn Si Thammarat 80220 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

**Signature:** _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this 22nd day of Nevember_____, 2016.

By: _____
Chayut Ardwichai
President

FUNDTHATCOMPANY
Subscription Agreement
Page 2 of 2

**แคชเชียร์เช็ค**
CASHIER'S CHEQUE

 ธนาคารเพื่อการเกษตรและสหกรณ์การเกษตร
BANK FOR AGRICULTURE AND AGRICULTURAL COOPERATIVES   สาขาจตุจักร

109 ถนนกำแพงเพชร แขวงจตุจักร เขตจตุจักร กรุงเทพมหานคร

วันที่ Date 2 2 1 1 2 5 5 9

จ่าย
Pay   บริษัท ฟอร์เทรส เอสโครว์ จำกัด    FundThatCompany   หรือตามคำสั่ง
or Order

จำนวนเงิน (บาท)
The sum of (Baht)   สามพันหนึ่ง ร้อยแปดสิบหกบาทถ้วน

\*\*\*\*\*\*\*\*\*3,186.00

**A/C PAYEE ONLY**

เพื่อ ธนาคารเพื่อการเกษตรและสหกรณ์การเกษตร

5400440        5400553

ผู้มีอำนาจลงนามแทนธนาคาร Authorized Signature

00020788/0G1GIE        สาขาจตุจักร

เลขที่ Cheque No.        ลำดับเอกสาร Offset no.        บัญชีเลขที่ Account No.        สำหรับเจ้าหน้าที่ For Official Use Only

⑈56 ⑊000 20 788⑊034⑈0058⑆ 999 2000058⑊02



## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this 13th day of __May__ , 2018 , by and between Jidlada Nakchoo (the "Seller"), and One Investment Capital Inc.   (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser  525,000 shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ 0.001329 per share for a total purchase price of US$ 697.67    .

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the  13th   day of  May        , 2018    .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                   **PURCHASER:**

By; X ânิกัด                                 By: _____
Jidlada Nakchoo                                 Eli Taieb, President
                                                One Investment Capital Inc.



จิตเกดา



## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0005 | 525,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:    May 13, 2018            X จิตลดา

City:    _____          **Signature**
                                  Jidlada Nakchoo
State:   _____          **Print name**

                                  _____
                                  Medallion or Signature Guarantee

I certify the genuine signature of Jidlada Nakchoo.

I hereby assume no responsibility for the contents of this document.



Signature    พิมพิพย์ธา
             Pimpitcha Akkharaphokhinankul
             Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

One Investment Capital Inc.

(   525,000   ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. 0005    inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed  X   จิตลดา

Jidlada Nakchoo

Dated: _____ May 13, 2018

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Jidlada Nakchoo.
I hereby assume no responsibility for the contents of this document.

Signature _____

Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

Reg.No./ทะเบียนเลขที่ 7051/2558

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA



NUMBER
0005

# *FundThatCompany*



SHARES
***525,000*

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE: $0.001

CUSIP NO. 36086P 105



Jidlada Nakchoo

*Is The Record Holder Of*   *** Five Hundred Twenty-Five Thousand ***

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

*Dated:*   February 7, 2017

SECRETARY



FUNDTHATCOMPANY
CORPORATE
Seal
NEVADA

PRESIDENT

Countersigned by   **DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

## FUNDTHATCOMPANY
*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

### SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this _21st_ of

___November___, 2016.

**Name:** (PRINT) as it should appear on the Certificate: Jidlada Nakchoo

**Address:**          62/29 Soi Sereetai, 43 Yeak 3
                 Kloangkum, Bungkum, Bangkok 10230 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

### Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

Signature: ✗ ไม่ให้ชื่อ _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this _21st_ day of ___November___, 2016.

By: _____
Cheyut Ardwichai.
President

 **ธนาคารธนชาต**
Thanachart Bank

**แคชเชียร์เช็ค**
**Cashier's Cheque**

วันที่ 2 1 1 2 5 5 9
Date  D  D  M  M  T  Y  Y  Y

A/C PAYEE ONLY

จ่าย บริษัท ฟอร์เทรส เอสไครว์ จำกัด    FundThatCompany    เรียงตามคำสั่ง
Pay                                                                                    Or Order

บาท ***สามพันหนึ่งร้อยแปดสิบหกบาทถ้วน***
Baht

***3,186.00***

**ธนาคารธนชาต จำกัด (มหาชน)**    ธนาคารธนชาต จำกัด (มหาชน)
**Thanachart Bank Public Company Limited**    Thanachart Bank Public Company Limited
สาขาเซ็นทรัลพลาซา แกรนด์ พระราม 9
99 ถนนพระราม 9 แขวงห้วยขวาง เขตห้วยขวาง กรุงเทพมหานคร

ผู้มีอำนาจลงนาม Authorized Signature

678-02-140-16-02226-9
เช็คเลขที่ Cheque No.    สำนักงานเลขที่ Office No.    บัญชีเลขที่ Account No    สำหรับธนาคาร For Bank

⑈60 ⑆⑈ 1000 1073⑈065⑈0678⑈: 678900002 2⑈02



จิตรลดา

# AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this _13th_ day of _May_, _2018_, by and between Lunar Funding, Inc. (the "Seller"), and _One Investment Capital Inc._ (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser _3,500,000_ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1. Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ _0.001329_ per share for a total purchase price of US$ _$4,651.16_ .

2. Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3. Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4. The closing of this transaction will occur on or before the _13th_ day of _May_, _2018_ .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                          **PURCHASER:**

By: X~~꒐ꑄꑀꆪꑄ ꂠꑄꂊ~~                            By: _____
Lunar Funding, Inc.                               Eli Taieb, President
by Thanyalak Thongda, President        One Investment Capital Inc.



ยืนยันลายเซ็น ทองดา

## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 011 | 3,500,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: _____May 13, 2018_____    ◁ อันดลักษณ์ ทองดา
                                     Signature

City: _____

                                     _____
                                     Lunar Funding, Inc. by Thanyalak Thongda,
State: _____       President

                                     _____
                                     Medallion or Signature Guarantee

I certify the genuine signature of Thanyalak Thongda.
I hereby assume no responsibility for the contents of this document.

Signature   _____
                                     Khwanta Saynet
                                     Notarial Services Attorney

Reg.No./ทะเบียน ๔๙๒ / ๒๕๕๕

# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____ One Investment Capital, Inc. _____

_____

(___3,500,000___) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. __011__ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed _____
          Lunar Funding, Inc. by Thanyalak Thongda, President

Dated: _____ May 13, 2018 _____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Thanyalak Thongda.
I hereby assume no responsibility for the contents of this document.

Signature _____
                Khwanta Saynet
                Notarial Services Attorney

Reg.No./ทะเบียน 4961/2555
Commission เลขที่ต่ออายุ

# SECRETARY OF STATE



STATE OF NEVADA

## CORPORATE CHARTER

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that **LUNAR FUNDING, INC.**, did on November 8, 2016, file in this office the original Articles of Incorporation; that said Articles of Incorporation are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 8, 2016.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20161108-0002
You may verify this certificate
online at http://www.nvsos.gov/



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov


*040105*

## Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | **20160489606-12** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/08/2016 1:04 AM** |
| State of Nevada | Entity Number |
| | **E0485582016-5** |

USE BLACK INK ONLY - DO NOT HIGHLIGHT

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Corporation:** | LUNAR FUNDING, INC. |
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: REGISTERED AGENTS INC. <br> Name <br> ☐ Noncommercial Registered Agent (name and address below)   **OR**   ☐ Office or Position with Entity (name and address below) <br><br> Name of Noncommercial Registered Agent  OR  Name of Title of Office or Other Position with Entity <br><br> Street Address _____ City _____ **Nevada** Zip Code <br> Mailing Address (if different from street address) _____ City _____ **Nevada** Zip Code |
| **3. Authorized Stock:** (number of shares corporation is authorized to issue) | Number of shares with par value: _____  Par value per share: $ _____  Number of shares without par value: **5000** |
| **4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) THANYALAK THONGDA <br> Name <br> 9 MOO 9 _____ PARKCHONG, LOMSAK, F ___ TH ___ 67110 <br> Street Address    City    State   Zip Code <br> 2) _____ <br> Name <br> _____ City ____ State __ Zip Code <br> Street Address |
| **5. Purpose:** (optional; required only if Benefit Corporation status selected) | The purpose of the corporation shall be: <br> ANY LEGAL PURPOSE |
| **6. Benefit Corporation:** (see instructions) | ☐ Yes |
| **7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. <br> THANYALAK THONGDA     X THANYALAK THONGDA <br> Name       Incorporator Signature <br> 9 MOO 9       PARKCHONG, LOMSAK, F   TH   67110 <br> Address       City    State  Zip Code |
| **8. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity. <br> X REGISTERED AGENTS INC.                    11/8/2016 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

LUNAR FUNDING, INC.
NAME OF CORPORATION

**E0485582016-5**

FOR THE FILING PERIOD OF **NOV, 2016** TO **NOV, 2017**

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ **Return one file stamped copy.** (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

| Filed in the office of | Document Number |
| --- | --- |
| *Barbara K. Cegavske* | **20160489607-23** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **11/08/2016 1:04 AM** |
| State of Nevada | Entity Number |
| | **E0485582016-5** |

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days after due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: 

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**

001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co

| NAME | TITLE(S) |
| --- | --- |
| THANYALAK THONGDA | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 9 MOO 9 , THA | PARKCHONG, LOMSAK, PETC | | 67110 |

| NAME | TITLE(S) |
| --- | --- |
| THANYALAK THONGDA | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 9 MOO 9 , THA | PARKCHONG, LOMSAK, PETC | | 67110 |

| NAME | TITLE(S) |
| --- | --- |
| THANYALAK THONGDA | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 9 MOO 9 , THA | PARKCHONG, LOMSAK, PETC | | 67110 |

| NAME | TITLE(S) |
| --- | --- |
| THANYALAK THONGDA | **DIRECTOR** |

| ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 9 MOO 9 , THA | PARKCHONG, LOMSAK, PETC | | 67110 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| X THANYALAK THONGDA | Title | Date |
| --- | --- | --- |
| **Signature of Officer or Other Authorized Signature** | **PRESIDENT** | **11/8/2016 1:04:28 AM** |

Nevada Secretary of State List Profit
Revised: 7-1-15

## SECRETARY OF STATE



### STATE OF NEVADA

# NEVADA STATE BUSINESS LICENSE

### LUNAR FUNDING, INC.
**Nevada Business Identification # NV20161655379**

## Expiration Date: November 30, 2017

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes.  License is not transferable and is not in lieu of any local business license, permit or registration.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 8, 2016

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

*You may verify this license at www.nvsos.gov under the Nevada Business Search.*

License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which by law <u>cannot</u> be waived.

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVAOA



**NUMBER**
0011

# FundThatCompany



**SHARES**
***3,500,00

**AUTHORIZED COMMON STOCK:**
**200,000,000 SHARES**
**PAR VALUE: $0.001**

CUSIP NO. 36086P 105


**This Certifies that**      Lunar Funding, Inc.

*Is The Record Holder Of*    *** Three Million Five Hundred Thousand ***

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock
transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or
assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada,
and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

*Dated:*    February 7, 2017



SECRETARY



FUNDTHATCOMPANY
CORPORATE
**Seal**
NEVADA

PRESIDENT

#K no. 2 • Copyright 2010  Reynolds Graphics, Inc.   Salt Lake City, Utah

Countersigned by    **DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

Authorized Signature

# FUNDTHATCOMPANY

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:        20,000

Amount to be paid (price of $0.03 USD per Share):   $650.00

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this _2 y^th_ of

_November_ _____, 2016.

**Name:** (PRINT) as it should appear on the Certificate: Lunar Funding, Inc.

**Address:**        401 Ryland Street, Suite 200-A
                 Reno, Nevada 89502

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

**Signature:** _X_ _ธัญญลักษณ์ ทองดา_ _____
                 **Lunar Funding, Inc. by Thanyalak Thongda, President**

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this _2 y^th_ day of _November_ _____, 2016.

By: _____
Chayut Ardwichai
President





## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this _13th_ day of _May_, _2018_, by and between Pattaraporn Ounaumroung (the "Seller"), and _One Investment Capital Inc._ (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser _700,000_ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1. Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ _0.001329_ per share for a total purchase price of US$ _930.23_ .

2. Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3. Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4. The closing of this transaction will occur on or before the _13th_ day of _May_, _2018_ .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                                **PURCHASER:**

By: X ꜱ ꜱ ꜱ ꜱ ꜱ                        By: _____
Pattaraporn Ounaumroung                                   Eli Taieb, President
                                                          One Investment Capital Inc.



นาง สาว ภัทรพร    อุงอำรุง



## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:   The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
| --- | --- | --- |
| 0017 | 700,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: _____May 13, 2018_____     X _เนาวรัตน์ อุ่นอำรุง_
                                  Signature

City: _____     Pattaraporn Ounaumroung
                             Print name

State: _____     _____
                              Medallion or Signature Guarantee

I certify the genuine signature of Pattaraporn Ounaumroung.

I hereby assume no responsibility for the contents of this document.

     Signature _พิมพ์พิชชา_
                Pimpitcha Akkharaphokhinankul
                                   Notarial Services Attorney

# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

One Investment Capital Inc.

( 700,000 ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. 0017 inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed ✗ _____
Pattaraporn Ounaumroung

Dated: _____ May 13, 2018 _____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Pattaraporn Ounaumroung.

I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

Reg No. /ทะเบียนเลขที่ 7051/2558



NUMBER
0017

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE $0.001

This Certifies that

# FundThatCompany

Is The Record Holder Of      *** Seven Hundred Thousand ***      Pattaraporn Ounaumroung

****700,000****
SHARES

CUSIP NO. 36086P 105

Fully paid and non-assessable shares of **FundThatCompany** Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:      February 7, 2017

SECRETARY

PRESIDENT

FUNDTHATCOMPANY
CORPORATE
Seal
NEVADA

Countersigned by
**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

RS-C rev. 2 • Copyright© 2010 · Reynolds Graphics, Inc. · Salt Lake City, Utah

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          4,000

Amount to be paid (price of $0.03 USD per Share):   $120.00

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this ___24th___ of

___November___, 2016.

**Name: (PRINT)** as it should appear on the Certificate: Pattaraporn Ounaumroung.

**Address:**          25/1490 Ladprao 101 Soi 36 (Kanjanawas),
                Kloangjan, Bangkapi, Bangkok 10240 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

Signature: X _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this _24th_ day of ___November___, 2016.

By: _____
Chayut Ardwichai
President





## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this  13th  day of  May  ,  2018  , by and between Pornthip Kongsalem (the "Seller"), and  One Investment Capital Inc.   (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser  525,000  shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$0.001329 per share for a total purchase price of US$ 697.67   .
2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.
3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.
4.  The closing of this transaction will occur on or before the  13th   day of  May  ,  2018  .

**AGREED TO AND ACCEPTED:**

**SELLER:**

By: X *ฟรพริ*

Pornthip Kongsalem

**PURCHASER:**

By:

Eli Taieb, President
One Investment Capital Inc.





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0018 | 525,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:   **May 13, 2018**          X  _พรทิพย์_  _____
                                    Signature
City:   _____   Pornthip Kongsalem
                                    Print name
State:  _____   _____
                                    Medallion or Signature Guarantee

I certify the genuine signature of Pornthip Kongsalem.
I hereby assume no responsibility for the contents of this document.



Signature  ___พรทิพย์_____
           Pimpitcha Akkharaphokhinankul
           Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

One Investmetn Capital , Inc.
_____

_____

( ___525,000___ ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. __0018__ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed  X  _ทรัพย์_____
          Pornthip Kongsalem

Dated: _____May 13, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Pornthip Kongsalem.

I hereby assume no responsibility for the contents of this document.



Signature _____ลายมือชื่อ_____
         Pimpitcha Akkharaphokhinankul
         Notarial Services Attorney



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**FundThatCompany**

NUMBER
0018

AUTHORIZED COMMON STOCK
200,000,000 SHARES
PAR VALUE: $0.001

**This Certifies that**

*Is The Record Holder Of*

Pornthip Kongsalem

\*\*\* Five Hundred Twenty-Five Thousand \*\*\*

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

*Dated:* February 7, 2017

SECRETARY

PRESIDENT

SHARES
\*\*\*525,000\*\*\*

CUSIP No. 36081P 105

FUNDTHATCOMPANY
CORPORATE
**Seal**
NEVADA

Countersigned by
**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

#8-C rev. 2 • Copyright© 2010 · Reynolds Graphics, Inc. · Salt Lake City, Utah

# *FUNDTHATCOMPANY*
*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this  22   of

_NOVEMBER_____, 2016

**Name:** (PRINT) as it should appear on the Certificate:       Pornthip Kongsalem

**Address:**       45/792 Soi Ramkhamheang, 58/2 Huamark
Bangkapi, Bangkok 10240 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

███████████████

**Signature:** X _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this  22  day of  November_____, 2016.

By: _____
Chayut Anuwichai
President





## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this 13th day of ___May___, 2018 , by and between Sarayut Khontrong (the "Seller"), and One Investment Capital Inc. ___ (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser 700,000 ___ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$0.001329 per share for a total purchase price of US$ 930.23 .

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the 13th day of ___May___, 2018 .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                   **PURCHASER:**

By: _Sarayut_____                 By: _____
Sarayut Khontrong                         Eli Taieb, President
                                          One Investment Capital Inc.





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0034 | 700,000 | March 14, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:    May 13, 2018

City:    _____

State:    _____

Signature *Sarayut*

Signature

Sarayut Khontrong
Print name

_____
Medallion or Signature Guarantee

I certify the genuine signature of Sarayut Khontrong.

I hereby assume no responsibility for the contents of this document.

Signature    พิมพ์พิชชา

Pimpitcha Akkharaphokhinankul
Notarial Services Attorney



# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____ One Investment Capital, Inc. _____

_____

(___700,000___) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. _0034_ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed _S2r2yut_____
                Sarayut Khontrong

Dated: _____May 13, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Sarayut Khontrong.

I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney






NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

NUMBER
0034

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE: $0.001

# FundThatCompany

CUSIP NO. 31618&P 105

***700,000***

**This Certifies That**

Is The Record Holder Of

Sarayut Khontrong

*** Seven Hundred Thousand ***

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

Dated: March 14, 2017

SECRETARY

PRESIDENT

FUNDTHATCOMPANY
CORPORATE
Seal
NEVADA

Countersigned by
DYNAMIC STOCK TRANSFER, INC.
Sherman Oaks, California

#8-C rev. 2 • Copyright 2010 · Reynolds Graphics, Inc.  Salt Lake City, Utah

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          4,000

Amount to be paid (price of $0.03 USD per Share):   $120.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this __23 rd__ of

__November_____, 2016.

Name: (PRINT) as it should appear on the Certificate: Sarayut Khontrong.

Address:       31 Moo 6 Bangtakean,
               Songpeenong, Supanburi 72110 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

██████████

Signature: __Sarayut_____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this __23rd__ day of __November_____, 2016.

By: _____
Chayut Ardwichai
President

**ไทยพาณิชย์ SCB**

ตั๋วเงินรับเงินเก็ท

เช็คธนาคาร
Manager's Cheque

วันที่ Date  2 3  เดือน/ไป / ดด/ปปปป  2 5 5 9

5430 - สาขาเอ็มควอเทียร์ ชั้น 3 เลขที่ 8 ถ.สุขุมวิท 35 (แขวงคลองตันเหนือ) คองคันเหนือ วัฒนา กรุงเทพฯ

จ่าย
Pay  –บริษัท ฟอร์เทรส เอสโตร์ จำกัด***    FundThatCompany    หรือตามคำสั่ง
Or Order

จำนวนเงิน (บาท)
The Sum of (Baht) –สี่พันสองร้อยสี่สิบแปดบาทถ้วน***

***4,248.00***

ธนาคารไทยพาณิชย์ จำกัด (มหาชน)
Siam Commercial Bank Public Company Limited

005430 สาขาเอ็มควอเทียร์

11871394                                ผู้มีอำนาจลงนาม Authorized Signature

เช็คเลขที่ Cheque No.    สาขาเลขที่ Branch No. / Code    บัญชีเลขที่ Account No.    สำหรับธนาคาร For Bank

⑈08  ⑈11871394⑈⑆014⑈040⑈0⑈  543000000 2⑈02



ศรายุทธ

## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this  13th
day of ___May_____, _2018_, by and between Vacharapon Leudung (the "Seller"), and
_One Investment Capital Inc._ (the "Purchaser"), and is for the purpose of setting forth the
terms and conditions upon which the Seller will sell to the purchaser  525,000
shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein,
**THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and
    Purchaser agrees to purchase shares of Common Stock of the Company at a
    price of US$0.001329 per share for a total purchase price of US$ _697.67_.
2.  Seller represents and warrants to Purchaser that he has good and
    marketable title to all the shares to be sold to the Purchaser pursuant to this
    Agreement. The shares to be sold to the Purchaser will be, at the closing, free
    and clear of all liens, security interests or pledges of any kind. None of such
    shares are or will be subject to any voting trust or agreement. No person holds
    or has a right to receive any proxy or similar instrument with respect to such
    shares.
3.  Seller acknowledges that after completion of this transaction the shares
    could materially increase in value as a result of the Company's current
    business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the _13th_ day of
    _May_, _2018_.

**AGREED TO AND ACCEPTED:**


**SELLER:**

By: X ꩜꩜꩜꩜
Vacharapon Leudung

**PURCHASER:**

By: _____
Eli Tajeb, President
One Investment Capital Inc.



ช ชรา พร



## **THIRD PARTY RELEASE**

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| **CERTIFICATE NO.(S)** | **NO. OF SHARES** | **ISSUE DATE** |
|---|---|---|
| 0026 | 525,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:    May 13, 2018          ☓ _____

City: _____    Signature

Vacharapon Leudung

State: _____   Print name

_____

Medallion or Signature Guarantee

I certify the genuine signature of Vacharapon Leudung.
I hereby assume no responsibility for the contents of this document.



Signature _____

Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____ One Investment Capital Inc. _____

_____

( ____525,000____ ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. 0026____ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed ✕ _วัธราพร_____
         Vacharapon Leudung


Dated: _____May 13, 2018_____

In Presence of _____


NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Vacharapon Leudung.
I hereby assume no responsibility for the contents of this document.



Signature ____พิมพิชชา____
          Pimpitcha Akkharaphokhinankul
          Notarial Services Attorney

Reg.No./ทะเบียนเลขที่ 7051/2558
Commission Expires/ทะเบียนหมดอายุ



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

NUMBER
0026

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE $0.001

**FundThatCompany**

CUSIP No. 36086P 105

SHARES
***525,000***

# This Certifies that

## Is The Record Holder Of

Vacharapon Leudung

*** Five Hundred Twenty-Five Thousand ***

Fully paid and non-assessable shares of **FundThatCompany** Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: February 7, 2017

SECRETARY

PRESIDENT

FUND THAT COMPANY
CORPORATE
Seal
NEVADA

Countersigned by

**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

f8-C rev. 2 • Copyright© 2010  Reynolds Graphics, Inc.   Salt Lake City, Utah

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 2 4th of ___*November*___, 2016

Name: (PRINT) as it should appear on the Certificate: Vacharapon Leudung

Address:     81/14 Soi Watleabratbumrung, Wongsawang
             Bangsau, Bangkok 10800 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

▮▮▮▮▮▮▮▮

Signature: X _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this 24 day of ___*November*___, 2016.

By: _____
Chayut Ardwichai
President

 **ธนาคารธนชาต** Thanachart Bank

แคชเชียร์เช็ค
Cashier's Cheque

วันที่
Date ๒ ๔ ๑ ๑ ๒ ๕ ๕ ๙

A/C PAYEE ONLY

จ่าย **บริษัท ฟอร์เทรส เอสโตร์ว์ จำกัด**  FundThatCompany
Pay

เพื่อตามคำสั่ง
Or Order

บาท ***สามพันหนึ่งร้อยแปดสิบหกบาทถ้วน***
Baht

***3,186.00***

ธนาคารธนชาต จำกัด (มหาชน)
ธนาคารธนชาต จำกัด (มหาชน)
Thanachart Bank Public Company Limited

Thanachart Bank Public Company Limited

สาขาเซ็นทรัลลาดพร้าว
1697 ถนนพหลโยธิน แขวงจตุจักร เขตจตุจักร กรุงเทพมหานคร

พาณิชย์  ๖๗๖๔
ผู้มีอำนาจลงนาม  Authorized Signature

579-02-140-16-02776-4
เลขที่เช็ค Cheque No.          สำนักงานเลขที่ Office No.          บัญชีเลขที่ Account No.          สำหรับธนาคาร For Bank

⑈26 ⑈⑈⑈⑈⑈000131⑈⑈⑈065⑈0579⑈: 579900002⑈⑈02



ผู้รับมอบ

## <u>AGREEMENT FOR THE PURCHASE OF COMMON STOCK</u>

This agreement for the purchase of common stock (the "Agreement") is made this <u>13th</u> day of <u>   May      </u>, <u>2018</u>, by and between Wijittra Liengvachiranon (the "Seller"), and <u>One Investment Capital Inc.</u> (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser <u>525,000</u> shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$<u>0.001329</u> per share for a total purchase price of US$ <u>697.67</u>    .
2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.
3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the <u>13th</u> day of <u>   May      </u>, <u>2018</u>    .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                    **PURCHASER:**

By: วิจิตรา เลียงวชิรานนท์          By: _____
Wijittra Liengvachiranon              Eli Tajeb, President
                                       One Investment Capital Inc.





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0031 | 525,000 | February 7, 2017 |
|  |  |  |
|  |  |  |
|  |  |  |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:    May 13, 2018            วิจิตรา  เลี้ยงวจิรานนท์

City:    _____    Signature
                                  Wijittra Liengvachiranon
                                  Print name
State:    _____    _____
                                  Medallion or Signature Guarantee

I certify the genuine signature of Wijittra Liengvachiranon.
I hereby assume no responsibility for the contents of this document.



Signature _____พิมพิชชา_____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

One Investment Capital Inc.

_____

(   525,000   ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No.   0031   inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed   ꞏ힀ꞏꞏꞏ   _____
                 Wijittra Liengvachiranon


Dated: _____May 13, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

    I certify the genuine signature of Wijittra Liengvachiranon.
I hereby assume no responsibility for the contents of this document.



Signature   _____
                Pimpitcha Akkharaphokhinankul
                Notarial Services Attorney

Reg. No. /ทะเบียนเลขที่ 7051/2 558



NUMBER
0031

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**FundThatCompany**

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE $0.001

CUSIP NO. 36068P 105

***525,000***

This Certifies that

Is The Record Holder Of

Wijittra Liengvachiranon

*** Five Hundred Twenty-Five Thousand ***

Fully paid and non-assessable shares of **FundThatCompany** Common Stock

transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or
assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada,
and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: February 7, 2017

SECRETARY

PRESIDENT

FUNDTHATCOMPANY
CORPORATE
Seal
NEVADA

Countersigned by

**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

69-C rev. 2 • Copyright© 2010 · Reynolds Graphics, Inc.   Salt Lake City, Utah

# FUNDTHATCOMPANY
*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:         3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

**IN WITNESS WHEREOF,** the undersigned has executed this Subscription Agreement this _23rd_ of

_November_____, 2016

**Name:** (PRINT) as it should appear on the Certificate: Wijittra Liengvachiranon

**Address:**      235 Soi Jan, 31 Tongvatdon
                 Sathorn, Bangkok 10120 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

**Signature:** _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this _23rd_ day of ____November____, 2016.

By: _____
Chayut Adiwichai
President



