**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| ONE INVESTMENT CAPITAL, INC.<br><br>       Plaintiff<br>v.<br><br>CLIC TECHNOLOGY, INC.<br><br><br>       Defendant | <br><br><br><br><br>Case No.:     1:18-cv-03410-GLR |

**DISCLOSURE OF CORPORATE INTEREST**

I certify, as counsel in this case, that Plaintiff ONE INVESTMENT CAPITAL, INC. has no corporate parents or subsidiaries, and otherwise has no business entity affiliates with financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

|  |  |
|---|---|
|  | Respectfully submitted, |
| November 3, 2018 | */s/ Matheau J. W. Stout*<br>Matheau J. W. Stout (28054)<br>400 E. Pratt Street, 8th Floor<br>Baltimore, Maryland 21202<br>(410) 429-7076 Tel<br>(888) 907-1740 Fax<br><br>*Attorney for Plaintiff* |